1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-mc-0078 KJM DB |
| Plaintiff, | **ORDER TERMINATING WRIT OF GARNISHMENT** |
| v. | |
| RONALD STEVEN SCHOENFELD, INDIVIDUALLY AND AS TRUSTEE FOR THE RONALD & JEANETTE SCHOENFELD REVOCABLE TRUST, | |
| Debtor. | |
| TD AMERITRADE CLEARING, INC., | |
| Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1.      Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Garnishment is hereby TERMINATED; and

///

///

1    2.    The Clerk of the United States District Court shall CLOSE this miscellaneous case.

2    IT IS SO ORDERED.

3    DATED: September 7, 2023        /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE